THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE BALDWIN et al., Appellants.

*Real property — title — ejectment — Forest Preserve — title to land included within " Forest Preserve" cannot be acquired by adverse possession.*

People v. Baldwin, 197 App. Div. 285, affirmed.

(Argued May 10, 1922; decided May 31, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 7, 1921, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The action was in ejectment to recover possession of lands in Hamilton county. Plaintiff claimed title under a comptroller's tax deed, dated February 18, 1851. Defendants claimed title by adverse possession under five deeds the first dated July 15, 1865, and recorded September 28, 1865. It appeared that the land was occupied, cultivated, improved and substantially inclosed for a period of sixty years prior to commencement of the action and that taxes were assessed against and paid by the occupant. The Appellate Division held that the lands being within the " Forest Preserve," created by chapter 283 of the Laws of 1885, were held for a public use before the times within which title by adverse possession could be acquired and defendants, therefore, did not acquire title thereto.

*Eugene D. Scribner* for appellants.

*Charles D. Newton,* Attorney-General (*William T. Moore* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.